# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# WESTERN DIVISION

Johns Manville,                                                        Case No. 3:18CV152

            Plaintiff

      v.                                                       **JUDGMENT ENTRY**

Local 20 International Brotherhood
 of Teamsters,

            Defendant

In accordance with the September 4, 2019 order of the United States Court of Appeals for the Sixth Circuit, it is hereby ORDERED THAT:

1. Judgment confirming the arbitrator's award be, and the same hereby is, entered in favor of defendant Local 20 International Brotherhood of Teamsters.

2. Upon consent of the parties, the court retains jurisdiction to enforce the judgment.

So ordered.

                                                           /s/ James G. Carr
                                                           Sr. U.S. District Judge